IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG SPRING,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TROOPER RYAN WATERS,** *et al.*, | : | |
| *Defendants*. | : | No. 23-cv-4883 |

## ORDER

**AND NOW**, this **24th** day of **November 2025**, upon review of Defendants' Motion for Summary Judgment (ECF No. 43), the Parties' Stipulation of Facts (ECF No. 42), Defendants' Statement of Additional Facts (ECF No. 44), Plaintiff's Opposition to the Motion (ECF No. 47), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 43) is **GRANTED**.

2. The **CLERK OF COURT** is directed to **CLOSE** the case.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**